#39     (1)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : RULE 41 MOTION |
| v. | : |
| $87,737.00 UNITED STATES CURRENCY, 2000 SUZUKI GSZ, DELL 8510 LAPTOP, AND OTHER ITEMS SEIZED FROM JOSE AGOSTO AND OWNED BY JOSE AGOSTO, NISLA GONZALEZ, AND LISETTE AGOSTO-CINTRON | : MISC. DOCKET NO. 07mc72 |

**FILED**
JUN 14 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## NOTICE FOR HEARING

AND NOW, this __12th__ day of __June__, 2007, upon consideration of the attached Motion for Return of Property Pursuant to Rule 41 of the Federal Rules of Criminal Procedure filed by Holly C. Dobrosky, Esquire, attorney for Petitioners, a hearing is hereby ordered for the within motion for the __28th__ day of __June__, 2007 in Room __8B__, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania at A.M./P.M. __3:00__.

BY THE COURT:

_____ J.