IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: June 26, 2007 |
| | : | |
| v. | : | |
| | : | CIVIL ACTION NO. 07-MC-72 |
| | : | |
| $87,737.00 UNITED STATES CURRENCY, ET AL | : | |

**O R D E R**

    IT IS ORDERED that the above-captioned matter is scheduled for a HEARING - return of property in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Hon. J. Curtis Joyner,  on  JULY 9, 2007 ,  at  2:00PM. in Courtroom No.  9B - 8TH FLOOR .

    If trial counsel is on trial or otherwise engaged at the time of the scheduled  HEARING  , another attorney in such trial counsel's office should appear.

    THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

                                       Very truly yours,


                                       Angela Mickie
                                       Deputy Clerk to Judge Joyner