IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    Date of Notice: July 6, 2007
:
    v.    :
:    CIVIL ACTION NO. 07-MC-72
:
$87,737.00 US Currency, et al :

    TAKE NOTICE that the above-captioned matter is rescheduled for __MOTION HEARING__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Hon. J. Curtis Joyner, on AUGUST 23, 2007, at 4:00PM. in Courtroom No. 8B - 8TH FLOOR.

    If trial counsel is on trial or otherwise engaged at the time of the scheduled __MOTION HEARING__, another attorney in such trial counsel's office should appear.

    THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

                                             Very truly yours,

                                             Angela Mickie
                                           Deputy Clerk to Judge Joyner