IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Date of Notice: August 22, 2007 |
| v.   : | |
| : | CIVIL ACTION NO. 07-MC-72 |
| : | |
| $87,737.00 US Currency, et al : | |

TAKE NOTICE that the above-captioned matter is **rescheduled** for  MOTION HEARING  in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Hon. J. Curtis Joyner, on SEPTEMBER 12, 2007, at 4:00PM. in Courtroom No. 8B - 8TH FLOOR .

If trial counsel is on trial or otherwise engaged at the time of the scheduled  MOTION HEARING , another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Angela Mickie
Deputy Clerk to Judge Joyner