```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
UNITED STATES OF AMERICA

                              :      CIVIL ACTION
                              :
        vs.                   :
                              :      NO. 7-MC-72
$87,737.00 in currency, et al
```

O R D E R

**AND NOW, TO WIT:** This 20th day of AUGUST, 2008, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**   S/ ANGELA J MICKIE
           ANGELA J. MICKIE
           Deputy Clerk

Civ 2 (7/83)
41.1(b)